**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, ZACARIAS CASTRO ROCHA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACARIAS CASTRO ROCHA,<br><br>Defendant. | CASE NO.1:11-CR-00187 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>DATE: JUNE 4, 2013<br>TIME:   8:30 am<br>JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and LAUREL J. MONTOYA, Assistant U.S. Attorney for Plaintiff, that the trial currently scheduled for JUNE 4, 2013, at 8:30 a.m. shall be continued until JULY 22, 2013, at 8:30 a.m. for trial confirmation and AUGUST 27, 2013, at 8:30 a.m. for, trial or to a date the Court deems appropriate.

///

This continuance is necessary because defendant's attorney has conflicting trials set this month, the first is a State court murder trial set on May 20, 2013, the second is a re-trial from a hung jury on a "gang phase" of a trial with 4 defendants. The gang retrial is set to trail the murder case and will conflict with the federal matter and due to the number of attorneys and expert witnesses in the gang case and will not have enough time to prepare for Mr. Castro Rocha's hearing which is currently set for trial on June 4, 2013.

DATED: May 3, 2013

                      Respectfully submitted,
                      /S/ Richard A. Beshwate, Jr.
                      RICHARD A. BESHWATE, JR.
                      Attorney for Defendant, ZACARIAS CASTRO ROCHA

DATED: May 6, 2013

                      Respectfully submitted,
                      /S/ Laurel Montoya
                      LAUREL MONTOYA
                      Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the date set for trial confirmation be continued to JULY 22, 2013,and AUGUST 27, 2012, at 8:30 a.m. for trial.

IT IS SO ORDERED.

Dated:   **May 6, 2013**        /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE