# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ZACARIAS CASTRO ROCHA,<br>Defendant. | Case No. 1:11-CR-00187-(2)-LJO<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(Doc. 106) |

On January 19, 2016, Defendant Rocha filed a *pro se* motion to reduce sentence (Doc. 106) pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. From the filing date of this Order, the FDO **SHALL** have 90 days, **on or before April 20, 2016**, to file a supplement to Defendant's *pro se* Section 3582 Motion **or** to notify the Court that it does not intend to file a supplement to the motion. Thereafter, the government **SHALL** have **30 days** from the date of the FDO's filing to file a response to Defendant's Section 3582 Motion.

**IT IS SO ORDERED**
**Dated: January 21, 2016**

**/s/ Lawrence J. O'Neill**
**United States District Judge**